FILED
DECEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**Case Number:** 07 C 7054

In the Matter of

JEFFREY WILLIAMS,
Plaintiff,
vs.
CITY OF CHICAGO, et al.

**JUDGE KOCORAS**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEFFREY WILLIAMS

| | |
|---|---|
| **NAME (Type or print)** | Jeffrey B. Granich |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | s/ Jeffrey B. Granich |
| **FIRM** | Law Office of Jeffrey B. Granich |
| **STREET ADDRESS** | 53 West Jackson Blvd., Suite 840 |
| **CITY/STATE/ZIP** | Chicago, IL 60604 |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | 6207030 |
| **TELEPHONE NUMBER** | 312-939-9009 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐