**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JEFFERY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7054 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE KOCORAS |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE BROWN |
| D. B. STEPNEY, Star No. 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| R. P. EDWARDS, Star No. 13429, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**MOTION TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, JEFFERY, by and through his attorney, JEFFREY B. GRANICH, and respectfully move this Honorable Court to grant a Motion to file his First Amended Complaint.  In support thereof Plaintiff states as follows:

1. That on December 14, 2007, Plaintiff filed his Complaint with this Court.

2. Plaintiff listed Two Unknown Chicago Police Officers as Defendants on his Complaint.

3. Since the date of the filing of his Complaint, Plaintiff has learned the identify and full names of the Two Unknown Chicago Police Officers.

4. Therefore, Plaintiff seeks leave of this Court to amend the Complaint to name the correct Chicago Police Officer in this matter, D. B. STEPNEY and R. P. EDWARDS.

5. Pursuant to Fed. R. Civ. P. 15, "a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be

freely given when justice so requires." Fed R. Civ. P. 15.  Accordingly,

Plaintiff respectfully seeks leave of this Court to amend the Complaint.

WHEREFORE, Plaintiff respectfully requests leave of this Court to file his First

Amended Complaint.

Respectfully submitted,

/s/ Jeffrey B.Granich_____
JEFFREY B. GRANICH

Jeffrey B. Granich
53 W. Jackson Blvd.  Suite 840
Chicago, IL  60604
(312) 939-9009
Attorney Code:  6207030

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey B. Granich, hereby certify that I served a copy of the foregoing Motion for Extension of Time to Amend Pleadings by this Court's ECF system on this 31st day of December, 2007.


<u>/s/ Jeffrey B. Granich</u>
Attorney for Plaintiff