UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 7054 |
| | ) | |
| vs. | ) | |
| | ) | JUDGE KOCORAS |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE BROWN |
| D. B. STEPNEY, Star No. 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| R. P. EDWARDS, Star No. 13429, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

On January 16, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Kocoras, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1725 at 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiff's Motion for Leave to File Amended Complaint, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/  Jeffrey B. Granich

Jeffrey B. Granich
Attorney for Plaintiffs
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
Phone: (312) 939-9009
Atty No.:  620703

## CERTIFICATE OF SERVICE

  I, Jeffrey B. Granich, hereby certify that I served a copy of the foregoing Notice of Motion by this Court's ECF system on this 31st day of December, 2007.

/s/ Jeffrey B. Granich
Attorney for Plaintiff