**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jeffery Williams
         Plaintiff,

v.               Case No.: 1:07–cv–07054
               Honorable Charles P. Kocoras

City of Chicago, Illinois, et al.
         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 15, 2008:

  MINUTE entry before Judge Charles P. Kocoras :Plaintiff's motion [6] for leave to file First Amended Complaint [6–2] is granted. Hearing on said motion, set for 1/16/2008 is stricken. Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.