## United States District Court for the Northern District of Illinois

Case Number: 07cv7054    Assigned/Issued By: j. n.

Judge Name:    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

<u>3</u> Original and <u>0</u> copies on <u>1-18-08</u> as to <u>city of chicago;</u>
                                    (Date)
<u>d.b. stepney; l.p. edwards</u>

C:\wpwin80\docket\feeinfo.frm    03/14/05