UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffery Williams
                              Plaintiff,

v.                                                              Case No.: 1:07–cv–07054
                                                              Honorable Charles P. Kocoras

City of Chicago, Illinois, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Charles P. Kocoras :At plaintiff's request, the status hearing previously set for 2/7/2008 was rescheduled for today, 2/12/2008. Case was called twice for status on 2/12/2008. No one appears. Status hearing is reset to 2/27/2008 at 9:30 a.m. Plaintiff's continued failure to appear for court hearings will result in the dismissal of this complaint for want of prosecution. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.