UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAMS; | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7054 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kocoras |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICER | ) | Magistrate Judge Brown |
| D.B. STEPNEY, Star # 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | Jury Demand |
| R.P. EDWARDS, Star 13429. | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Chicago police officers David Stepney and Raymond Edwards ("Defendant Officers"), by their attorney Suyon Reed, Assistant Corporation Counsel, move this court for an extension of time to answer or otherwise plead in response to Plaintiff's first amended complaint until March 24, 2008, and, in support, state as follows:

1.  Plaintiff filed his first amended complaint on January 17, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and state law claims.

2.  Plaintiff's complaint and summons were served on the Defendant Officers on January 30, 2008. Defendant Officers answer to the plaintiff's complaint was due on February 19, 2008.

3.  Defendant Officers request additional time to meet with their attorney and review any documents prior to filing any responsive pleadings.

4.  Therefore, counsel for the Defendant Officers request until March 24, 2008 to

answer or otherwise plead in response to the complaint.

5.      As far as can be determined, this motion will not prejudice the Plaintiff or unduly burden the court's management schedule. This is defendant officers' first request for an extension of time to answer or otherwise plead.

6.      On February 15, 2008, Defense Counsel spoke with Plaintiff's Counsel who agreed to the defendant officers filing their Motion for an Extension of Time to answer or otherwise plead in response to the first amended complaint.

WHEREFORE, Defendant requests this court to enter an order granting an extension to March 24, 2008, to answer or otherwise plead in response to Plaintiff's first amended complaint.

Respectfully submitted,

By:   **/s/ Suyon Reed**
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 06280973