UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAMS; | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7054 |
| | ) | |
| vs. | ) | |
| | ) | Judge Kocoras |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| and CHICAGO POLICE OFFICER | ) | Magistrate Judge Brown |
| D.B. STEPNEY, Star # 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | Jury Demand |
| R.P. EDWARDS, Star 13429. | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

To:    Jeffrey B. Granich and Katie Z. Ehrmin
       Law Offices of Jeffrey B. Granich
       53 W. Jackson, Ste. 840
       Chicago, Il 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT OFFICERS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 19th day of February, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **February 26, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Kocoras, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

       **DATED** this 19th day of February, 2008.

                                                    Respectfully submitted,

                                                     /s/ Suyon Reed
                                                    SUYON REED
                                                    Assistant Corporation Counsel
                                                    30 North LaSalle Street - Room 1400
                                                    Chicago, Illinois 60602
                                                    (312)744-3283
                                                    Attorney No. 6280973