**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY WILLIAMS,** | ) | |
| | ) | **No. 07 C 7054** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **CITY OF CHICAGO, ILLINOIS, and** | ) | |
| **CHICAGO POLICE OFFICER** | ) | **Judge Kocoras** |
| **D. B. STEPNEY, Star No. 11508, and** | ) | |
| **CHICAGO POLICE OFFICER** | ) | **Magistrate Judge Brown** |
| **R. P. EDWARDS, Star No. 13429,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges,

Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b),

moves this Court for an extension of time until March 24, 2008, to answer or otherwise plead to

plaintiff's first amended complaint.  In support of this motion, the City states as follows:

1.  Plaintiff filed his complaint on December 14, 2007, and his first amended

complaint on January 17, 2008.  The first amended complaint alleges federal claims under 42

U.S.C. § 1983 and Illinois state law claims against the City and two Chicago police officers.

2.  Plaintiff's first amended complaint and summons were served on the City on or

about January 22, 2008.  Undersigned counsel for the City, however, was assigned this case and

received the first amended complaint today, March 4, 2008, several days after the City was due to

answer or plead in response to plaintiff's first amended complaint.

3.  Because of this delay in receiving the first amended complaint, the City has not

yet begun the process of investigating all of the allegations in the plaintiff's first amended

complaint and gathering and examining the pertinent records.  Additionally, on February 25,

2008, this Court granted the individual defendants an extension of time until March 24, 2008, to

answer or otherwise plead to plaintiff's first amended complaint.

    4.    Accordingly, the City requests until March 24, 2008, to answer or otherwise plead

in response to plaintiff's first amended complaint.

    4.    This is the first extension of time the City has sought in this case.

    5.    This motion is not brought for the purpose of delay or any other improper

purpose, but so that the City can properly respond to the allegations in plaintiff's first amended

complaint.

    6.    Plaintiff will not be prejudiced if the requested extension of time is granted.

    7.    The undersigned spoke with one of plaintiff's counsels, Katie Z. Ehrmin, today,

March 4, 2008, and plaintiff does not oppose this motion.

    For these reasons, the City requests that the Court grant the City's motion for an

extension of time to and including March 24, 2008, to answer or otherwise plead to plaintiff's

first amended complaint.

                Respectfully submitted,

                MARA S. GEORGES
                Corporation Counsel of the
                City of Chicago

Dated: March 4, 2008        By:    *s/ Bhairav Radia*
                      BHAIRAV RADIA
                      Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

(312) 744-6919