IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAMS, | ) | |
| | ) | No. 07 C 7054 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Kocoras |
| D. B. STEPNEY, Star No. 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Brown |
| R. P. EDWARDS, Star No. 13429, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:        Jeffrey B. Granich
           Katie Z. Ehrmin
           53 W. Jackson Blvd., Unit 840
           Chicago, IL 60604

Please take notice that on March 4, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Kocoras or such other Judge or Magistrate Judge sitting in his stead, on March 10, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Unopposed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on March 4, 2008.

                                        Respectfully submitted,

City of Chicago, Department of Law      */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020        BHAIRAV RADIA
Chicago, IL 60602                       Assistant Corporation Counsel
(312) 744-6919