**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jeffery Williams
           Plaintiff,

v.                    Case No.: 1:07–cv–07054
                    Honorable Charles P. Kocoras

City of Chicago, Illinois, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

   MINUTE entry before Judge Charles P. Kocoras :Defendant City of Chicago's motion [24] for an extension of time to 3/24/2008 to answer or otherwise plead is granted. Defendant had set the motion for hearing on Monday, March 10, 2008, a day that the Court does not hear motions. The Court hears motions only on Tuesdays, Wednesdays or Thursdays. As the motion for an extension of time has been ruled on, the hearing date is stricken as moot. Status hearing set for 3/25/2008 at 9:30 a.m. to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.