# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 07 C 7054 |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Kocoras |
| D. B. STEPNEY, Star No. 11508, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Brown |
| R. P. EDWARDS, Star No. 13429, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF FILING

To:    **Jeffrey B. Granich and Katie Z. Ehrmin**          **Megan McGrath**
       **Law Offices of Jeffrey B. Granich**               **Bhairav Radia**
       **53 W. Jackson, Ste. 840**                         **Assistant Corporation Counsels**
       **Chicago, Il 60604**                               **30 N. LaSalle, Ste 1020**
                                                           **Chicago, Il 60602**

**PLEASE TAKE NOTICE** that on <u>March 24, 2008</u>, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS STEPNEY AND EDWARDS' ANSWER, AFFIRMATIVE DEFENSES, 12(b)(6) DEFENSE, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Suyon Reed
SUYON REED
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
(312) 744-6566 (Fax)
Atty. No. 06280973