**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JEFFREY WILLIAMS,                                )
                                                 )
                    Plaintiff,                   )
                                                 )        07 C 7054
          vs.                                    )
                                                 )
CITY OF CHICAGO, ILLINOIS, and                   )
CHICAGO POLICE OFFICER                           )        Judge Kocoras
D. B. STEPNEY, Star No. 11508, and               )
CHICAGO POLICE OFFICER                           )        Magistrate Judge Brown
R. P. EDWARDS, Star No. 13429,                   )
                                                 )        JURY TRIAL DEMANDED
                    Defendants.                  )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their

respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement

Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with

each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and

Settlement Agreement and the Agreed Order of Dismissal.

Jeffrey B. Granich
Attorney for plaintiff,
Jeffrey Williams
53 W. Jackson, Ste. 840
Chicago, IL 60604
(312) 939-9009
Attorney No. 6207030

Date: 5/20/08

Suyon Reed
Assistant Corporation Counsel
Attorney for defendants
David Stepney and Raymond Edwards
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No.06280973

Date: 5/27/08

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY:
Suyon Reed
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744- 3283
Attorney No. 06280973

Date: 5/27/08