Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7054 | **DATE** | 5/29/2008 |
| **CASE TITLE** | Williams vs. City of Chgo et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal with prejudice and with each side bearing its own costs and attorneys' fees. Status hearing set for 7/29/2008 is stricken.  All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|