UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) 07 C 7054 |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER D. B. STEPNEY, Star No. 11508, and CHICAGO POLICE OFFICER R. P. EDWARDS, Star No. 13429, | ) Judge Kocoras ) Magistrate Judge Brown ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jeffrey Williams, by one of his attorneys, Jeffrey B. Granich, and defendants David Stepney and Raymond Edwards, by one of their attorneys, Suyon Reed, Assistant Corporation Counsel, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jeffrey Williams, against defendants, City of Chicago, and David Stepney and Raymond Edwards, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _Charles P. Kocoras_
The Honorable Charles P. Kocoras
United States District Judge

DATED:   May 29, 2008
Suyon Reed
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3283
Attorney No.06280973