# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Jeffrey Williams | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7054 |
| City of Chicago et al | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed with prejudice and with each side bearing its own costs and attorneys' fees. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.


Michael W. Dobbins, Clerk of Court

Date: 5/29/2008          /s/ Stephen C. Tokoph, Deputy Clerk